■ In the Matter of THOMAS A. BRUNO, JR., an Attorney.— Petition to vacate order of suspension, or for alternative relief,

denied. Concur—Kupferman, J. P., Ross, Carro, Bloom and Fein, JJ.